UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **ANGEL BAILEY** | **CIVIL ACTION** |
| **VERSUS** | **NUMBER: 22-295** |
| **SOCIAL SECURITY ADMINISTRATION** | **SECTION: "L"(2)** |

## ORDER

The Court, having considered the motions, the record, the applicable law, the Magistrate Judge's Report and Recommendation, Plaintiff's objections to the Report and Recommendation, and the Social Security Administration's response thereto, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion herein.

Accordingly,

**IT IS ORDERED** that Plaintiff's motion for summary judgment (R. Doc. 17) is **DENIED**, that Defendant's motion for summary judgment (R. Doc. 20) is **GRANTED**, and that Plaintiff's suit is dismissed with prejudice.

New Orleans, Louisiana, this 22nd day of February, 2023.

_____
UNITED STATES DISTRICT JUDGE